## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Abigail Lauters, Mary Leask, | ) | |
| Phillip Thompson, | ) | |
| Anthony Lauters, | ) | |
| and Tre'Velle Ellis, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | Civil Action No. 4:24-cv-03175 |
| NEBRASKA SECRETARY OF STATE, | ) | |
| Robert B. Evnen, in his official capacity, | ) | |
| | ) | |
| NEBRASKA ELECTIONS DIVISION, | ) | |
| Deputy Secretary of State for Elections, | ) | |
| Wayne Bena, in his official capacity, and | ) | |
| Assistant Deputy for Elections, Andrew | ) | |
| Buller, in his official capacity, | ) | |
| | | |
| *Defendants.* | | |

## REQUEST TO FILE SUR-REPLY TO DEFENDANTS' REPLY TO PLANTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' VERIFIED COMPLAINT

Dear Honor,

Plaintiffs respectfully request right to file Sur-reply to Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Verified Complaint.

Respectfully submitted:

By:    /s/Abigail Lauters
          Plaintiff Pro Se

1

By:    /s/ Mary Lesak
          Plaintiff Pro Se

By:    /s/ Philip Thomson
          Plaintiff Pro Se

By:    /s/ Anthony Lauters
          Plaintiff Pro Se

By:    /s/ Tre'Velle Ellis
          Plaintiff Pro Se

Dated: November 14, 2024

Abigail Lauters
127 E 14 St.
Hastings, NE 68901
Ph: 402-831-0387
Em: juneal71987@gmail.com

Mary Lesak
7605 Pasadena Ave
Omaha, NE 68124
Ph: 402-415-1304
Em: 56marele@gmail.com

Phillip Thompson
1013 Fenwick St.
Papillion, NE 68046
Ph: 402-203-8519
Em: papatango777@msn.com

Anthony Lauters
127 E 14th St.
Hastings NE 68901
Ph: 402-860-1939
Em: tony.lauters@hpstigers.org

Tre'Velle Ellis
11909 N 58th St.
Omaha, NE 68152
Ph: 402-403-2771
Em: trevelleellis@gmail.com